# MEMORANDUM DECISIONS

ACKER, Respondent, v. KETCHUM et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 8, 1912.) Action by John F. Acker against George Ketchum and another. No opinion. Order affirmed, with $10 costs and disbursements.

In re ADAMS. (Supreme Court, Appellate Division, First Department. May 17, 1912.) In the matter of George W. Adams, deceased. No opinion. Decree (In re Youngs, 73 Misc. Rep. 335. 132 N. Y. Supp. 689) affirmed, with costs. Order filed.

ADIRONDACK TRUST CO., Respondent, v. KIERNAN, Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by the Adirondack Trust Company against Bernard F. J. Kiernan.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
HOUGHTON, J., not sitting.

ADIRONDACK TRUST CO., Respondent, v. SHARKEY et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by the Adirondack Trust Company against Thomas M. Sharkey and another.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
HOUGHTON, J., not sitting.

ADLER, Appellant, v. PEOPLE'S BANK AT PINCKARD, Respondent. (Supreme Court, Appellate Division, First Department. June 14, 1912.) Action by Sigismund L. Adler against the People's Bank at Pinckard. E. D. Brown, for appellant. C. H. Payne, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

ADLIN v. EXCELSIOR BRICK CO. OF HAVERSTRAW et al. (Supreme Court, Appellate Division, Second Department. May 29, 1912.) Action by Minnie Adlin, as administratrix, etc., of Elimelech Adlin, deceased, against the Excelsior Brick Company of Haverstraw, impleaded with others. No opinion. Judgment reversed, and new trial granted, costs to abide the event, on the ground that the question whether the decedent had voluntarily exposed himself to a known danger was for the jury. See, also, 129 App. Div. 713, 113 N. Y. Supp. 1017; 131 App. Div. 913, 115 N. Y. Supp. 1108; 132 App. Div. 904, 116 N. Y. Supp. 1130.

ADMIRAL REALTY CO. v. CITY OF NEW YORK et al. (Supreme Court, Appellate Division, Second Department. May 1, 1912.) Action by the Admiral Realty Company against the City of New York and others. No opinion. Hearing set down for Tuesday, May 14, 1912, at 1 p. m. See, also, Hopper v. Willcox, 76 Misc. Rep. 345, 135 N. Y. Supp. 384.

ADMIRAL REALTY CO., Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 17, 1912.) Action by the Admiral Realty Company against the City of New York and others. No opinion. Judgment (Hopper v. Willcox, 76 Misc. Rep. 345, 135 N. Y. Supp. 384) affirmed, with costs, on the opinion of Mr. Justice Blackmar at Special Term.

ALLEN, Respondent, v. JOHNS et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 28, 1912.) Action by Charles F. Allen against George E. Johns and others. No opinion. Judgment unanimously affirmed, with costs.

ALTHAUSE v. GIROUX (three cases.) (Supreme Court, Appellate Division, First Department. May 24, 1912.) Actions by Walter Althause against Guy E. Giroux. No opinions. Motions denied. Orders filed. See, also, 148 App. Div. 913, 132 N. Y. Supp. 1120.

AMERICAN EXCHANGE NAT. BANK, Respondent, v. PALMER et al., Appellants. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by the American Exchange National Bank against Francis J. Palmer and others. J. P. Howe, for appellants. E. A. Cardozo, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

AMERICAN WOOLEN CO., Respondent, v. COHEN, Appellant, et al. (Supreme Court, Appellate Division, First Department. May 24, 1912.) Action by the American Woolen Company against Jacob Cohen, impleaded with the State Bank. W. T. Kohn, for appellant. E. W. Hays, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 142 App. Div. 880, 127 N. Y. Supp. 787; 144 App. Div. 894, 128 N. Y. Supp. 1111.

ANDEM, Respondent, v. MAIL & EXPRESS CO., Appellant. (Supreme Court, Appellate Division, First Department. April 19,